UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH A. REESE, | : | Case No. 1:23-cv-56 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| DENIS MCDONOUGH, Secretary, and U.S. DEPT. OF VETERANS AFFAIRS, | : : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATIONS**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 7)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on February 6, 2023, submitted a Report and Recommendations (Doc. 7).  No objections were timely filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court finds that the Report and Recommendations should be and is hereby adopted in its entirety.

Accordingly, for the reasons stated above:

1. The Report and Recommendations (Doc. 7) is hereby **ADOPTED**;

2. Plaintiff's motion for leave to appeal *in forma pauperis* (Doc. 2) is **DENIED;** and,

3. Plaintiff is **GRANTED** an **EXTENSION OF TIME** of **thirty (30) days** from the date of this Order to pay the required filing fee of $402.00. Plaintiff is hereby notified that her complaint will not be deemed "filed" until the appropriate filing fee is paid. *See Truitt v. County of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998). Failure to pay the filing fee within thirty (30) days of this order will result in the matter being closed.

**IT IS SO ORDERED.**

Date:   2/22/2023                                                  *s/Timothy S. Black*
                                                                                            Timothy S. Black
                                                                                            United States District Judge