UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH A. REESE, | : | Case No. 1:23-cv-56 |
|     Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| DENIS MCDONOUGH, *et al.*, | : | |
|     Defendants. | : | |

DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 12)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on July 26, 2023, submitted a Report and Recommendation. (Doc. 12). No objections were filed, and the time for doing so has expired.

The Court has reviewed the Report, is satisfied that there is nothing clearly erroneous or contrary to law on the face of the record, and accepts the Magistrate Judge's recommendations. Fed. R. Civ. P. 72(b). Accordingly, Plaintiff's complaint is **DISMISSED <u>without</u> prejudice** for failure of service. The Clerk shall enter judgment accordingly and close the case.

    **IT IS SO ORDERED.**

Date: 8/15/2023                                                  *s/Timothy S. Black*
                                                                                       Timothy S. Black
                                                                                       United States District Judge