AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ELIZABETH A. REESE,  )  <br> *Plaintiff*  ) <br> v.  ) <br> DENIS MCDONOUGH, *et al.*,  ) <br> *Defendants*  ) | Civil Action No.  1:23-cv-56 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Report and Recommendation (Doc. 12) is ADOPTED; Plaintiff's complaint is DISMISSED without prejudice for failure of service; and this case is TERMINATED upon the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Timothy S. Black, U.S. District Judge   on a motion for Report and Recommendation (Doc. 12).

Date:  8/15/2023

CLERK OF COURT

*(signature)*

*Signature of Clerk or Deputy Clerk*